**Mark William COLE, Petitioner–Appellant,**

v.

**Lonnie M. SAUNDERS, Warden, Augusta Correctional Center, Respondent–Appellee.**

No. 02–6608.

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 27, 2002.

Decided Sept. 6, 2002.

David Bernard Hargett, Hargett & Watson, P.L.C., Richmond, Virginia, for Appellant. Donald Eldridge Jeffrey, III, Office of the Attorney General of Virginia, for Appellee.

Before MOTZ, TRAXLER, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Mark William Cole seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion and conclude on the reasoning of the district court that Cole has not made a substantial showing of the denial of a constitutional right. *See Cole v. Saunders,* No. CA–01–395–7 (W.D.Va. Mar. 27, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*